IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOEY ALEXANDER, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00013-MTT |
| | * |
| WRIGHT TRANSPORTATION, INC. et al, | * |
| Defendants. | * |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated April 2, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Houston County, Georgia.

This 2nd day of April, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk